UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
-v-                                :
:                23 Cr. 212 (JPC)
TYRONE BELL,                       :
:                ORDER
Defendant.        :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has scheduled trial to begin in this case on December 18, 2023. Defendant shall request disclosures from the Government concerning the Government's expert witnesses pursuant to Federal Rule of Criminal Procedure 16(a)(G)(i) by July 31, 2023. If requested, the Government shall make its expert disclosures pursuant to Rule 16(a)(G) no later than August 28, 2023. The Government shall request disclosures from Defendant concerning Defendant's expert witnesses pursuant to Rule 16(b)(1)(C)(i) by August 28, 2023. If requested, Defendant shall make his expert disclosures pursuant to Rule 16(b)(1)(C) no later than September 25, 2023. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by September 25, 2023. By November 13, 2023, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* also shall be filed by November 13, 2023, with oppositions to those motions due by November 27, 2023. The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

The Court will hold a Final Pretrial Conference on December 13, 2023, at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 6, 2023
      New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge