```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
        -v-                                                      :
                                                                 :   23 Cr. 212 (JPC)
TYRONE BELL,                                                     :
                                                                 :        ORDER
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a change of counsel hearing for Defendant on August 21, 2023 at 4:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 16, 2023
       New York, New York

JOHN P. CRONAN
United States District Judge