```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                                                             :
                                                                        :    23 Cr. 212 (JPC)
TYRONE BELL,                                                            :
                                                                        :         ORDER
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has scheduled trial to begin in this case on June 10, 2024.  Defendant shall request disclosures from the Government concerning the Government's expert witnesses pursuant to Federal Rule of Criminal Procedure 16(a)(G)(i) by April 3, 2024.  If requested, the Government shall make its expert disclosures pursuant to Rule 16(a)(G) no later than April 17, 2024.  The Government shall request disclosures from Defendant concerning Defendant's expert witnesses pursuant to Rule 16(b)(1)(C)(i) by May 1, 2024.  If requested, Defendant shall make his expert disclosures pursuant to Rule 16(b)(1)(C) no later than May 15, 2024.  The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by May 15, 2024.  By May 22, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* also shall be filed by May 22, 2024, with oppositions to those motions due by May 29, 2024.  The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

The Court will hold a Final Pretrial Conference on June 3, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 13, 2024
New York, New York

JOHN P. CRONAN
United States District Judge